IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, | : |
| *Plaintiff*, | : Case No. 1:24-cv-130 |
| vs. | : Judge Jeffery P. Hopkins |
| MILLAN GMQ STONE SOLUTION, LLC, et al., | : Magistrate Judge Stephanie Bowman |
| *Defendant*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (Doc. 25) issued by Magistrate Judge Stephanie K. Bowman on October 15, 2024. The Magistrate Judge recommends that Plaintiff's Motion for Entry of Default Judgment (Doc. 23, "the Motion") be granted. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. See Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, the Court **GRANTS** Plaintiff's Motion for Entry of Default Judgment (Doc. 23). The Court enters judgment against Defendants Millan GMQ Stone Solution, LLC and Yoan G. Millan, jointly and severally, in the amount of $135,575.00, plus

post-judgment interest on the unpaid principal balance of $126,260.01 at the federal statutory interest rate, plus attorneys' fees incurred through August 2, 2024 in the amount of $19,611.00, plus costs incurred through August 5, 2024 in the amount of $581.56, plus additional costs, expenses, interest, and attorneys' fees incurred to prepare and file the Motion and to enforce and collect the judgment.

Upon entry of judgment, the Clerk of Court is directed to mark this case **CLOSED**.

**IT IS SO ORDERED.**

Dated: January 23, 2025

Hon. Jeffery P. Hopkins
United States District Judge